### ROACH v. LONG ISLAND R. CO.

*(Supreme Court, General Term, Second Department.* December Term, 1890.)

No opinion.  Appeal withdrawn.

---

### POWERS v. VALENTINE.

*(Supreme Court, General Term, Second Department.* December Term, 1890.)

No opinion.  Judgment affirmed for non-submission of papers.  DYKMAN, J., not sitting.

---

### CRAWFORD et al., Respondents, v. TYRRELL, Appellant.

*(Supreme Court, General Term, Second Department.* February 11, 1891.)

Appeal from special term, Kings county.

Action by John P. Crawford and another against Martin B. Tyrrell.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*James & Thomas H. Tray,* for appellant.  *Johnson & Lamb,* for respondents.

DYKMAN, J.  This is an action to restrain the defendant from maintaining a house of prostitution, and to recover damages sustained by the plaintiff by reason of the nuisance.  The trial was before a judge without a jury, and he has found the facts which justify the action, and directed a judgment against the defendant, with $300 damages.  The testimony is amply sufficient to sustain the judgment upon both the questions involved.  The judgment should therefore be affirmed, with costs.  All concur.

---

### MACKEY, Respondent, v. CUFF, Appellant.

*(Supreme Court, General Term, Second Department.* February 11, 1891.)

Appeal from circuit court, Suffolk county.

Action by Thomas Mackey against Martin Cuff.

Argued before DYKMAN and PRATT, JJ.

*Fishel & Reid,* for appellant.  *Wilmot M. Smith,* for respondent.

DYKMAN, J.  There is no merit in this appeal.  The action was for trespass on land.  The trial was at the circuit, before a jury, and the verdict was for the plaintiff.  There was but little dispute about facts.  The charge was correct, and the verdict should remain undisturbed.  The judgment and order denying the motion for a new trial on the minutes should be affirmed, with costs.

---

### LYNK, Respondent, v. WEAVER, Appellant.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion.  Order affirmed, with $10 costs and printing disbursements.

---

### MORRIS, Appellant, v. McFARLAN et al., Respondents.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion.  Order affirmed, except as to the part permitting defendant to make marks on notes; as to that part reversed.  No costs.